

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Devon Energy Production Company, L.P.,

Vs. No. 11-23-00083-CV

McClure Oil Company, Inc. and
Fina 945 L.C.,

* From the 118th District Court
  of Glasscock County,
  Trial Court No. 1895.

* July 7, 2023

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

—and—

Driver Production, L.P., et al.,

Vs. No. 11-23-00083-CV

Devon Energy Production Company, L.P., et al.,

This court has considered the parties' joint motion for partial dismissal filed in this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed in part. The portion of the appeal relating to Benella, LLC, Broadmoor Land and Minerals, LLC, Buckhorn Minerals III, L.P., Buckhorn Minerals III-QP, LP, Congress Energy Ventures, LLC, Leon and JoAnn Halfmann Family LP, C. Michael Hoch, Individually and as Independent Executor of the Estate of Linda Lanelle Hoch,

Forest M. Hoch, Leroy Hoelscher, Valeria Hoelscher, Lynette Jansa, Mitchell Jansa, Joe D. Schwartz, Joseph Schwartz, Melinda Gail Schwartz, Rose Schwartz, Sourcing Rock, LLC, and TD Minerals, LLC is dismissed. The appeal remains active with respect to the remaining parties. The costs incurred by reason of the dismissed portion of this appeal are taxed against Benella, LLC, Broadmoor Land and Minerals, LLC, Buckhorn Minerals III, L.P., Buckhorn Minerals III-QP, LP, Congress Energy Ventures, LLC, Leon and JoAnn Halfmann Family LP, C. Michael Hoch, Individually and as Independent Executor of the Estate of Linda Lanelle Hoch, Forest M. Hoch, Leroy Hoelscher, Valeria Hoelscher, Lynette Jansa, Mitchell Jansa, Joe D. Schwartz, Joseph Schwartz, Melinda Gail Schwartz, Rose Schwartz, Sourcing Rock, LLC, and TD Minerals, LLC.